No. 11–9447. FULCHER v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 11–9456. ALBERTS v. WHEELING JESUIT UNIVERSITY ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–9465. VALENZUELA v. MEDINA, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–9467. PAMPLIN v. BENEDETTI, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–9474. FULLER v. BROWN, SUPERINTENDENT, EASTERN NEW YORK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 11–9494. LaCOUR v. CAIN, WARDEN. Sup. Ct. La. Certiorari denied.

No. 11–9500. PFENDER v. WETZEL, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–9509. MOON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 11–9537. YOUNG v. THOMPSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–9542. VALENZUELA v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 11–9552. BALDON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–9559. FAVORS v. HARRY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–9589. GOMEZ v. SANDOR, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.